**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| EDWARD BAEZ and ANTONETTE GRAYS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>MONSTER, INC., a California corporation, E & S INTERNATIONAL ENTERPRISES, INC., a/k/a ESI ENTERPRISES, INC., a California corporation,<br><br>   *Defendants*. | Case No. 1:16-cv-11235<br><br>Honorable Charles P. Kocoras |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, March 14, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead, in Courtroom 2325 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Unopposed Motion by Elizabeth Winkowski for Leave to Withdraw Her Appearance as One of Plaintiffs' Counsel of Record*, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated: March 6, 2017        Respectfully submitted,

                By: s/ Elizabeth A. Winkowski
                  One of Plaintiff's attorneys

                Elizabeth Winkowski
                ewinkowski@edelson.com
                EDELSON PC
                350 North LaSalle Street, Suite 1300
                Chicago, Illinois 60654
                Tel: 312.589.6370
                Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

  I, Elizabeth A. Winkowski, an attorney, hereby certify that on March 6, 2017, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                s/ Elizabeth A. Winkowski